CV 23-0166

Gujarati, J
Cho, M.J.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.



| | |
|---|---|
| Name | Ivree Dyer |
| Street Address | 157 Graham Avenue |
| City and County | NYC Brooklyn NY |
| State and Zip Code | NY 11206 |
| Telephone Number | (646) 836 7059 |
| E-mail Address | IvreeDyer1111@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Edwin gould |
| Job or Title (if known) | Rising ground Foster Care Agency |
| Street Address | 151 lawerence st |
| City and County | NYC Brooklyn |
| State and Zip Code | NY 11201 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | lena McMahon Esq |
| Job or Title (if known) | Childrens Attorney |
| Street Address | 111 livingston street |
| City and County | Brooklyn NY |

2

State and Zip Code    NY 11201

Telephone Number    (718) 6453111

E-mail Address

(if known)

Defendant No. 3

Name    Lynn Vogelstein Esq.

Job or Title    legAl ADViSor

(if known)

Street Address City    195 MontAgue Street

and County State    Brooklyn NY

and Zip Code    11201

Telephone Number

E-mail Address

(if known)

Defendant No. 4

Name    CynthiA lopez

Job or Title    Supervising Attorney

(if known)

Street Address City    150 williams Street

and County State    MANhAttAN,NY

and Zip Code    10038

Telephone Number

E-mail Address

(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.



3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*human Rights, ChilDrans Rights, Civil Rights, ADMENDMENTS Rights 13 AND 14 CONStutional Rights,*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* _____Turee Dyer_____, is a citizen of the State of *(name)* _____Turee Dyer_____.

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* __EPWingould__ RESiNg gOUND , is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of *(foreign
nation)* _____, and has its principal place of business
in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page
providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or
the amount at stake—is more than $75,000, not counting interest and costs of court,
because *(explain)*:

700 Million for MEntal Stress
AND pAIN Suffering.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as
possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State
how each defendant was involved and what each defendant did that caused the plaintiff harm or
violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more
than one claim is asserted, number each claim and write a short and plain statement of each claim in a
separate paragraph. Attach additional pages if needed.

The family Court Case Started drawN) 2016
UNtil four or five years later MeaNiNg the
Case Was IN State Court over the time frame
The Jurisdiction is aut of bounds ChilDreN
Were Supposed to Be home After home Assments
were DonE.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

700 million. IN DAMages Because of Mental State Because my Children were Abused within the System I lost my home Because of harassMENT Stalking homeless of the Sitution at hand. Now I have An place

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 29, 20 22

Signature of Plaintiff

Printed Name of Plaintiff    Turee Dyer

6

Turel Dyer
154 Graham Avenue
Brooklyn NY 11206

ATTN: prose office

225 Cadman Plaza East
Brooklyn NY 11201

USPS
SWSN

RDC 99

11201

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 2720 0003 1940 6718

11201818832 CG30



S, POSTAGE PAID
M LETTER
REST HILLS, NY
375
EC 30, 22
OUNT

**$4.24**

305H126951-15

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019